UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BARRY ALEMAN,**                    CASE NO.: 6:15-CV-2095-ORL-28GJK

    **Plaintiff,**

vs.

**RUBBERDEK, LLC, A FLORIDA**
**LIMITED LIABILITY COMPANY,**

    **Defendant.**
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff, BARRY ALEMAN and Defendant, RUBBERDECK, LLC, pursuant to Fed. R. Civ. P. 41(a)(1), by and through their undersigned counsel, hereby move this Court for entry of an order dismissing this action **WITH PREJUDICE**. Plaintiff represents and acknowledges payment in full for all of his claims, including claims for overtime, liquidated damages, and attorney's fees and costs. As such, the resolution of this matter does not constitute a "compromise" which would involve Court review and/or approval pursuant to Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982).[1]

Dated this 23rd day of February, 2016.

| **/s/ C. RYAN MORGAN** | **/s/ NICHOLE MABRY MOONEY** |
|---|---|
| C. Ryan Morgan, Esq. | **Nichole Mabry Mooney, Esq.** |
| Florida Bar No.: 0015527 | Florida Bar No.: |
| MORGAN & MORGAN, P.A. | Dean, Mead, Egerton, Bloodworth, |
| P.O. Box 4979 | Capouano & Bozarth, P.A. |
| Orlando, FL 32802-4979 | 800 N. Magnolia Avenue |
| Telephone: (407) 420-1414 | Suite 1500 |

---

[1] See Bonetti v. Embarq Management Company, Case No. 6:07-cv-1335-GAP-GJK (August 4, 2009) (holding that no Court Approval needed if there is no compromise of Plaintiff's FLSA claim).

| | |
|---|---|
| Fax: (407) 420-5956<br>Email: rmorgan@forthepeople.com<br>***Attorneys for Plaintiff*** | Orlando, Florida  32803<br>O:  407-841-1200  F:  407-423-1831  D:  407-428-5110<br>E-mail: NMooney@deanmead.com<br>***Attorney for Defendant*** |